Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

April 29, 2026

JOSHUA C. LEWIS, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KURTIS HOLBROOK,<br><br>Defendant. | NO.   CR26-078 RSM<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Possession of Controlled Substances with Intent to Distribute)**

On or about December 17, 2025, in Skagit County, within the Western District of Washington, KURTIS HOLBROOK knowingly and intentionally possessed, with the intent to distribute, a controlled substance, including methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

Indictment - 1
*United States v. Holbrook*
USAO No. 2026R00305

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## COUNT 2

### (Unlawful Possession of a Firearm and Ammunition)

On or about December 17, 2025, in Skagit County, within the Western District of Washington, KURTIS HOLBROOK, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

       i.     *Possession of Methamphetamine and Heroin with Intent to Distribute, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and Unlawful Possession of a Firearm*, in the Western District of Washington, under case number CR19-70RAJ, on or about May 7, 2021;

       ii.     *Unlawful Possession of a Controlled Substance with Intent to Deliver – Methamphetamine, and Unlawful Possession of a Controlled Substance with Intent to Deliver – Cocaine*, in Whatcom County Superior Court, under case number 13-1-01149-5, on or about April 17, 2014;

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is, a SCCY CPX-1 semiautomatic pistol, and 54 live rounds of Remington 9mm ammunition, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, KURTIS HOLBROOK shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 2, KURTIS HOLBROOK shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1),

Indictment - 2
*United States v. Holbrook*
USAO No. 2026R00305

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

Indictment - 3
*United States v. Holbrook*
USAO No. 2026R00305

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 04/29/2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

RACHEL YEMINI
Assistant United States Attorney

Indictment - 4
*United States v. Holbrook*
USAO No. 2026R00305

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970