UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

KURTIS HOLBROOK,

                Defendant.

Case No. CR26-078 RSM

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)    Defendant has been charged by indictment with count 1: Possession of Controlled Substances with Intent to Distribute and count 2: Unlawful Possession of a Firearm and Ammunition. Defendant has prior criminal convictions for felony offenses and was on supervised release from this court. The Court received information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and

DETENTION ORDER - 1

substance use. The defendant through his attorney made argument as to release and filed a memorandum in support of release with supporting documentation.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _14th_ day of _May_, 2026.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2